UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CHARITO CENDANA ANABEZA,                    CASE NO. 1:12-cv-01743-SMS

            Plaintiff,

                              ORDER GRANTING PLAINTIFF'S
   v.                           MOTION TO PROCEED *IN FORMA*
                              *PAUPERIS*

MICHAEL J. ASTRUE,
Commissioner of Social Security,

            Defendant.        (Doc. 3)

_____/

      By a motion filed October 24, 2012, Plaintiff Charito Cendana Anabeza seeks to proceed *in forma pauperis*. Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).

      Accordingly, the Court GRANTS Plaintiff's motion to proceed *in forma pauperis*.

      Notwithstanding this order, the Court does not direct that service be undertaken until the Court screens the complaint in due course and issues its screening order.

IT IS SO ORDERED.

**Dated:   October 30, 2012**                **/s/ Sandra M. Snyder**
                                   UNITED STATES MAGISTRATE JUDGE