1

2

3

4

5

6                        UNITED STATES DISTRICT COURT

7                         EASTERN DISTRICT OF CALIFORNIA

8

9    CHARITO CENDANA ANABEZA,           CASE NO. 1:12-cv-01743-SMS

                        Plaintiff,
10                                       ORDER AUTHORIZING
          v.                             SERVICE OF COMPLAINT
11
     MICHAEL J. ASTRUE,
12   Commissioner of Social Security,
                                         (Doc. 8)
13                      Defendant.
                                        /
14

15        On November 15, 2012, Plaintiff Charito Cendana Anabeza submitted his first amended

16   complaint in this matter (Doc. 8).  The Court, having screened the amended complaint pursuant

17   to 28 U.S.C. § 1915(a), finds that it states a cognizable claim and that  service of the complaint

18   upon the Commissioner is now appropriate. Accordingly, the Clerk of Court is hereby directed to

19   issue the summons and scheduling order.

20

21   IT IS SO ORDERED.

22   **Dated:    November 16, 2012**              **/s/ Sandra M. Snyder**
                                         UNITED STATES MAGISTRATE JUDGE
23

24

25

26

27

28

1