# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARITO CENDANA ANABEZA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　　　Defendant. | CASE NO. 1:12-cv-01743-SMS<br><br>ORDER AUTHORIZING<br>SERVICE OF COMPLAINT<br><br>(Doc. 8) |

On November 15, 2012, Plaintiff Charito Cendana Anabeza submitted his first amended complaint in this matter (Doc. 8). The Court, having screened the amended complaint pursuant to 28 U.S.C. § 1915(a), finds that it states a cognizable claim and that service of the complaint upon the Commissioner is now appropriate. Accordingly, the Clerk of Court is hereby directed to issue the summons and scheduling order.

IT IS SO ORDERED.

**Dated:   November 16, 2012**　　　　　　　／s／ Sandra M. Snyder
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1